CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/31/2022
JULIA C. DUDLEY, CLERK
BY:   s/ CARMEN AMOS
        DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

Lunpeng Ma,

               Plaintiff,

     v.

Virginia Military Institute, and the Board of
Visitors of Virginia Military Institute

            Defendants.

Case No: 6:21CV00028

**ORDER GRANTING JOINT MOTION
TO CONTINUE TRIAL DATE AND STAY DISCOVERY**

      This matter is before the Court on the parties' Joint Motion to Continue Trial Date and Stay Discovery.   Upon consideration of the Motion and for good cause shown, the Motion is GRANTED.  It is hereby ORDERED that:

      1.      Counsel for the parties shall contact the Court to schedule new trial dates twelve (12) months from today or dates thereafter that are available for the Court and the parties.

      2.      The parties agree that no additional discovery will be conducted for the time being as the parties await approval on the terms of their settlement.  In the event settlement is not approved, the parties are to submit a proposed amended pretrial/scheduling order no later than December 1, 2022.

      It is so ORDERED.

                            Entered:  May 31, 2022

                            *Robert S. Ballou*

                            Robert S. Ballou
                            United States Magistrate Judge