# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

Lunpeng Ma,

    Plaintiff,

v.

Virginia Military Institute, and the Board of Visitors of Virginia Military Institute

    Defendants.

Case No: 6:21CV00028

JURY TRIAL DEMANDED

## STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk of Court:

    Please mark the above-captioned action dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP

Dated: February 22, 2023

*/s/ Andrew J. Horowitz, Esq.*
Bruce C. Fox, Esquire (Pa Bar 42576)
bruce.fox@Obermayer.com
Andrew J. Horowitz, Esquire (Pa Bar 311949)
andrew.horowitz@Obermayer.com
525 William Penn Place, Ste 1710
Pittsburgh, PA 15219
(412) 566-1500

Joshua Erlich (VA Bar No. 81298)
jerlich@erlichlawoffice.com
The Erlich Law Office, PLLC
2111 Wilson Blvd, Suite 700
Arlington, VA 22201
(703) 791-9087

*Counsel for Plaintiff, Lunpeng Ma*