# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| Lunpeng Ma,<br><br>   Plaintiff,<br><br> v.<br><br>Virginia Military Institute, and the Board of Visitors of Virginia Military Institute<br><br>   Defendants. | Case No: 6:21CV00028<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk of Court:

 Please mark the above-captioned action dismissed with prejudice, with each party to bear its own costs.

        Respectfully submitted,

        OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP

Dated: March 14, 2023  */s/ Andrew J. Horowitz, Esq.*
        Bruce C. Fox, Esquire (Pa Bar 42576)
        bruce.fox@Obermayer.com
        Andrew J. Horowitz, Esquire (Pa Bar 311949)
        andrew.horowitz@Obermayer.com
        525 William Penn Place, Ste 1710
        Pittsburgh, PA 15219
        (412) 566-1500

        Joshua Erlich (VA Bar No. 81298)
        jerlich@erlichlawoffice.com
        The Erlich Law Office, PLLC
        2111 Wilson Blvd, Suite 700
        Arlington, VA 22201
        (703) 791-9087

        *Counsel for Plaintiff, Lunpeng Ma*

*/s/ Victor O. Cardwell Esq.*
Victor O. Cardwell (VSB No. 27747)
cardwell@woodsrogers.com
Leah M. Stiegler (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone:  (540) 983-7600
Facsimile:  (540) 983-7711
*Counsel for Defendants, Virginia Military Institute, and the Board of Visitors of Virginia Military Institute*